# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessie N. Hernandez, | No. CV-16-01486-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Gemini Hospice LLC, et al., | |
| Defendants. | |
| | |
| Gemini Hospice LLC, | |
| Counter-Claimant, | |
| v. | |
| Jessie N. Hernandez, | |
| Counter-Defendant. | |

Pursuant to the Parties' Stipulation for Dismissal With Prejudice, (Doc. 110), and for good cause appearing,

**IT IS HEREBY ORDERED** dismissing this matter with prejudice as to Plaintiff's claims and Defendant Gemini Hospice, LLC's counterclaim, the Parties to bear their own attorneys' fees and costs.

Dated this 26th day of September, 2017.

Honorable G. Murray Snow
United States District Judge